396 Pa. 280 (1959)
Sternbergh
v.
Fehling, Appellant.
Supreme Court of Pennsylvania.
Argued May 27, 1959.
June 30, 1959.
Before JONES, C.J., BELL, MUSMANNO, JONES, COHEN, BOK and McBRIDE, JJ.
*281 Frederick Edenharter, with him Ellis Brodstein, for appellants.
Charles H. Weidner, with him William R. Lessig, Jr., and Stevens & Lee, for appellee.
OPINION PER CURIAM, June 30, 1959:
The judgment of the court below is affirmed on the opinion of Judge HESS, 17 Pa. D. & C. 2d 390.